ACME MARKETS, INC., Appellant,

v.

RETAIL CLERKS INTERNATIONAL UNION, LOCAL 1357.

No. 15228.

United States Court of Appeals Third Circuit.

Argued March 1, 1965.

Decided April 22, 1965.

M. Kalman Gitomer, Blank, Rudenko, Klaus & Rome, Philadelphia, Pa., for appellant.

David Seliger, Plone, Tomar, Parks & Seliger, Camden, N. J., for appellee.

Before BIGGS, Chief Judge, and FORMAN and FREEDMAN, Circuit Judges.

PER CURIAM.

We have examined the record in this case and have considered the arguments of the parties. We can perceive no error in the disposition of the cause and we therefore will affirm upon the excellent opinion of Judge Wood, 235 F.Supp. 814 (E.D.Pa.1964).

BODY & TANK CORP., Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 50, Docket 28589.

United States Court of Appeals Second Circuit.

Petition for Rehearing Dec. 16, 1964.

Decided April 21, 1965.

Before LUMBARD, Chief Judge, and HAYS and ANDERSON, Circuit Judges.

PER CURIAM:

The petition for a rehearing is granted and the previous decision of this Court, 339 F.2d 76 (1964), is withdrawn. Enforcement of the order of the Board is denied and the order is set aside. American Ship Bldg. Co. v. NLRB, 85 S.Ct. 955 (March 29, 1965).

John R. BYRNE, Jr., Appellant,

v.

Robert H. SAUER and Firestone Tire and Rubber Company, a Corporation.

No. 14903.

United States Court of Appeals Third Circuit.

Argued April 19, 1965.

Decided April 28, 1965.

Sanford S. Finder, Washington, Pa., for appellant.

Richard T. Wentley, Thorp, Reed & Armstrong, Pittsburgh, Pa., for appellee.

Before McLAUGHLIN, STALEY and SMITH, Circuit Judges.

PER CURIAM.

We find that the court's charge, taking it in context, contains no substantial error. The trial transcript justifies the reference by defense counsel in his summation to plaintiff's chiropractic treatments. There is evidence in the record to support the verdict in favor of the defendant-appellee.

The judgment of the District Court will be affirmed.